# Richmond

SOVEREIGN CAMP OF THE WOODMEN OF THE WORLD V.
MAGGIE L. GOBLE.

March 10, 1938.

*Crews & Clement*, for the plaintiff in error.

*Carter & Williams* and *Tom Irvin Gill*, for the defendant in error.